# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PATRICIA M. AHNEMAN, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:12-cv-02324-JTF-tmp |
| FEDERAL EXPRESS CORPORATION, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulation of Voluntary Dismissal with Prejudice filed on May 23, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

May 23, 2013                                                        s/Thomas M. Gould
Date                                                                      Clerk of Court

                                                                             s/ Erica M. Evans
                                                                             (By)  Law Clerk